FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 05 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 4:19CR00268 BRW |
| | ) |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1), (b)(1)(B), (C), 846 |
| | ) 18 U.S.C. § 922(j) |
| | ) |
| AVION RASHAD FARR and | ) |
| ELIJAH REED | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about May 2, 2017, in the Eastern District of Arkansas, the defendant,

AVION RASHAD FARR,

knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT 2

On or about May 30, 2017, in the Eastern District of Arkansas, the defendants,

AVION RASHAD FARR and ELIJAH REED,

voluntarily and intentionally conspired with each other and other persons known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and distribute at least 5, but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance,

1

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

On or about May 30, 2017, in the Eastern District of Arkansas, the defendant,

AVION RASHAD FARR

knowingly possessed a stolen firearm, that is, one .40 caliber Smith and Wesson pistol, serial number DWM5079, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

**[END OF TEXT SIGNATURE PAGE TO FOLLOW]**